■ RAIDY J.G., an Infant by His Mother and Natural Guardian, et al., Respondents, v CITY OF NEW YORK et al., Appellants, et al., Defendant. [33 NYS3d 689]—Order, Supreme Court, New York County (Barbara Jaffe, J.), entered February 5, 2014, which granted plaintiffs' motion to vacate a prior order dismissing the complaint due to plaintiffs' failure to appear for scheduled depositions, unanimously affirmed, without costs.

It was not an improvident exercise of the court's broad discretion to give plaintiffs one final opportunity to appear within two months for depositions on an agreed-upon date, and to provide that the action would be restored to the court's calendar if plaintiffs complied with that condition, or dismissed if they did not. Concur—Acosta, J.P., Saxe, Gische, Webber and Kahn, JJ.